| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>829137<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for SPECIALIZED LOAN SERVICING LLC | |
| In Re:<br><br>MARTA GOMEZ | Case No: 19-24193 - VFP<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>SPECIALIZED LOAN SERVICING LLC</u> with regards to its mortgage. Said Mortgage was recorded on December 15, 2004, Book 12232, Page 00132 on the real property, located at 3607 JOHN F KENNEDY BOULEVARD, JERSEY CITY, NJ 07307 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: September 5, 2019 | /s/ Robert J. Davidow<br>Robert J. Davidow, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 47960<br>Fax: 856-813-5501<br>Email: Robert.Davidow@phelanhallinan.com |