NOTICE OF OBJECTION TO CONFIRMATION

SPECIALIZED LOAN SERVICING LLC has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1. File with the Court an answer, explaining your position at:

**Clerk
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

MARIE-ANN GREENBERG, Trustee
30 TWO BRIDGES ROAD, SUITE 330
FAIRFIELD, NJ 07004

2. Attend the hearing scheduled to be held on 09/19/2019 in the NEWARK Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: September 5, 2019

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

**File No. 829137**
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard
Philadelphia, PA 19103
856-813-5500
FAX Number 856-813-5501
SPECIALIZED LOAN SERVICING LLC

| | |
|---|---|
| In Re:<br>    MARTA GOMEZ<br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 19-24193 - VFP<br><br>Hearing Date: 09/19/2019 |

    The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, SPECIALIZED LOAN SERVICING LLC, the holder of a Mortgage on Debtor's residence located at 3607 JOHN F KENNEDY BOULEVARD, JERSEY CITY, NJ 07307 hereby objects to the Confirmation of the Debtor's proposed Chapter 13 Plan on the following grounds:

    1.    Movant is in the process of drafting and filing a Proof of Claim. The approximate arrears are $145,153.58.

    2.    Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

    3.    Debtor's Plan currently provides for payment to Movant in the amount of $143,026.27.

    4.    Movant objects to Debtor's Plan as it is underfunded. Debtor's Plan should be amended to fully fund the arrears owed to Movant or Confirmation should be denied.

WHEREFORE, SPECIALIZED LOAN SERVICING LLC respectfully requests that the Confirmation of Debtor's Plan be denied.

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

Dated: September 5, 2019

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>829137<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for SPECIALIZED LOAN SERVICING LLC |
| In Re:<br><br>MARTA GOMEZ |

Case No: 19-24193 - VFP

Hearing Date: 09/19/2019

Judge: Vincent F. Papalia

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Jason Seidman:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents SPECIALIZED LOAN SERVICING LLC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On September 5, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  September 5, 2019            /s/ *Jason Seidman*
                                     Jason Seidman

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marta Gomez<br>3607 John F Kennedy Boulevard, Jersey City, NJ 07307 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Santos E. Gomez<br>27 Grace Street, Jersey City, NJ 07307-2514 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Jenee Ciccarelli, Esquire<br>47 Park Avenue<br>Suite 304<br>West Orange, NJ 07052 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail |

3

| | | |
|---|---|---|
| Fairfield, NJ 07004 | | ☐ Certified mail/RR <br><br> ☐ E-mail <br><br> ☒ Notice of Electronic Filing (NEF) <br><br> ☐ Other_____ <br> (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.