UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Federal Home Loan Mortgage Corp., et al.

In Re:

Marta Gomez,

Debtor.

Case No.:       19-24193-VFP

Chapter:              13

Hearing Date:     9/19/2019

Judge:              Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 12)

_____

Date: 9/19/2019                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*