UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

829137
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Specialized Loan Servicing LLC**

In Re:

MARTA GOMEZ

Case No: 19-24193 - VFP

Hearing Date: 09/19/2019

Judge: Vincent F. Papalia

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Chris Villegas:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents Specialized Loan Servicing LLC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On September 16, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Order Resolving Objection to Confirmation**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  September 16, 2019            /s/ *Chris Villegas*
                                          Chris Villegas

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marta Gomez<br>3607 John F Kennedy Boulevard,<br>Jersey City, NJ 07307 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Jenee Ciccarelli, Esquire, Esquire<br>47 Park Avenue<br>Suite 304<br>West Orange, NJ 07052 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.