UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

829137
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Secured Creditor: Specialized Loan Servicing LLC**

Order Filed on September 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARTA GOMEZ

Case No: 19-24193 - VFP

Hearing Date: 09/19/2019

Judge: Vincent F. Papalia

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 20, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**NJID 829137**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>**Attorneys for Specialized Loan Servicing LLC**</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    MARTA GOMEZ

    Debtor

CASE NO. 19-24193 - VFP

CHAPTER 13

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 09/19/2019

    This Order pertains to the property located at 3607 JOHN F KENNEDY BOULEVARD, JERSEY CITY, NJ 07307, mortgage account ending with "3018";

    THIS MATTER having been brought before the Court by, Jenee Ciccarelli, Esquire, Esquire attorney for debtor, MARTA GOMEZ upon the filing of a Chapter 13 Plan, Specialized Loan Servicing LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

    IT IS on the _____ day of _____, 2019, ORDERED as follows:

    1.    The secured creditor shall be permitted to file secured Proof of Claim after Confirmation. Approximate Proof of Claim arrears are $145,153.58;

    2.    Debtor agrees to pay the amount owed to the secured creditor and which will be found in Specialized Loan Servicing LLC's secured proof of claim after it is filed.

    3.    Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.