| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>829137<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Specialized Loan Servicing LLC** | **Order Filed on September 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MARTA GOMEZ | Case No: 19-24193 - VFP<br><br>Hearing Date: 09/19/2019<br><br>Judge:  Vincent F. Papalia |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 20, 2019**

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

**NJID 829137**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Specialized Loan Servicing LLC**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

MARTA GOMEZ

CASE NO. 19-24193 - VFP

CHAPTER 13

Debtor

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 09/19/2019

This Order pertains to the property located at 3607 JOHN F KENNEDY BOULEVARD, JERSEY CITY, NJ 07307, mortgage account ending with "3018";

THIS MATTER having been brought before the Court by, Jenee Ciccarelli, Esquire, Esquire attorney for debtor, MARTA GOMEZ upon the filing of a Chapter 13 Plan, Specialized Loan Servicing LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

IT IS on the _____ day of _____, 2019, ORDERED as follows:

1. The secured creditor shall be permitted to file secured Proof of Claim after Confirmation. Approximate Proof of Claim arrears are $145,153.58;

2. Debtor agrees to pay the amount owed to the secured creditor and which will be found in Specialized Loan Servicing LLC's secured proof of claim after it is filed.

3. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Marta Gomez  
    Debtor

Case No. 19-24193-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 23, 2019  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2019.  
db         +Marta Gomez,   3607 John F Kennedy Blvd., First Floor,   Jersey City, NJ 07307-4698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2019 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee, ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jenee K. Ciccarelli   on behalf of Debtor Marta  Gomez info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
        Kevin Gordon McDonald   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Nicholas V. Rogers   on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com  
        Robert  Davidow   on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 7