JENEE K. CICCARELLI
CICCARELLI LAW, PC
47 PARK AVENUE, SUITE 304
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-24193

Re:  MARTA GOMEZ  
3607 JOHN F KENNEDY BLVD., FIRST FLOOR  
JERSEY CITY,  NJ  07307-3303

Atty:  JENEE K. CICCARELLI  
CICCARELLI LAW, PC  
47 PARK AVENUE, SUITE 304  
WEST ORANGE, NJ  07052

## RECEIPTS AS OF 01/15/2020            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $5,127.33 | 6769701699 | 09/10/2019 | $872.67 | 6777201655 |
| 10/07/2019 | $3,000.00 | 6238294000 | 11/07/2019 | $3,000.00 | 6315142000 |
| 12/05/2019 | $3,000.00 | 6384861000 | 12/06/2019 | $3,000.00 | 6384861000 |
| 12/10/2019 | ($3,000.00) | 6384861000 | 01/06/2020 | $3,000.00 | 6462014000 |

**Total Receipts: $18,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $18,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020            (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 10/21/2019 | $5,753.90 | 836,005 | 10/21/2019 | $27.92 | 836,005 |
| | 11/18/2019 | $2,830.26 | 838,051 | 11/18/2019 | $13.74 | 838,051 |
| | 12/16/2019 | $2,830.26 | 839,932 | 12/16/2019 | $13.74 | 839,932 |
| | 01/13/2020 | $2,830.26 | 841,823 | 01/13/2020 | $13.74 | 841,823 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 842.18 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 287.04 | 100.00% | 0.00 | 287.04 |
| 0004 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 138,076.40 | 100.00% | 14,244.68 | 123,831.72 |
| 0007 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 670.10 | 100.00% | 69.14 | 600.96 |
| 0010 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 5,546.33 | 100.00% | 0.00 | 5,546.33 |
| 0011 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-24193**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $15,156.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $18,000.00    -    Paid to Claims: $14,313.82    -    Admin Costs Paid: $842.18    =    Funds on Hand: $2,844.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.