# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: § § §<br>MARTA GOMEZ §<br>DEBTOR § | CASE NO. 19-24193-VFP |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing, LLC as servicing agent for Lodge Series IV Trust, U.S. Bank Trust National Association as trustee**
Name of Transferee

**Specialized Loan Servicing LLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx3018**

Court Claim # (if known): 4-1
Amount of Claim: $315,714.41
Date Claim Filed: 09/23/2019

Phone: (800) 315-4757
Last Four Digits of Acct.#: 3018

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx3018**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea    Date: 02/27/2020
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4129-N-5271

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Marta Gomez<br><br>Debtor. | Case No : 19-24193-VFP<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, <u>Natalie E. Lea</u> :

    ☒ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>02/28/2020</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    • Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| 02/28/2020<br>Date | /s/ Natalie E. Lea<br>Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marta Gomez<br>3607 John F Kennedy Blvd., First Floor<br>Jersey City, New Jersey 07307-3303 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule.<br>  Cite the rule if applicable. *) |
| Jenee K. Ciccarelli<br>Ciccarelli Law, PC<br>47 Park Avenue Suite 304<br>West Orange, New Jersey 07052 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule.<br>  Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule.<br>  Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.