UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 19-24193-VFP |
| | : | |
| Marta Gomez | : | CHAPTER: 13 |
| | : | |
| Debtor. | : | **NOTICE OF APPEARANCE** |
| | : | |
| | : | HON. JUDGE.: |
| | : | Vincent F. Papalia |

----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as trustee of Lodge Series IV Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Rushmore Loan Management Services
> 85 Broad Street, Suite 501,
> New York, New York 10004
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case,

controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: March 18, 2020
      New York, New York

                                    By: /s/ Jonathan Schwalb, Esq.
                                    Jonathan Schwalb, Esq.
                                    FRIEDMAN VARTOLO, LLP
                                    Attorneys for Rushmore Loan Management Services
                                    85 Broad Street, Suite 501
                                    New York, New York 10004
                                    T: (212) 471-5100
                                    F: (212) 471-5150

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Hon. Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  _____        _____
                                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |