| Debtor 1 | MARTA GOMEZ | Case number *(if known)* 19-24193 |
|---|---|---|
| | Name | |

**Fill in this information to identify the case:**

| Debtor 1 | MARTA GOMEZ |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | District of New Jersey (State) |
| Case Number: | 19-24193 |

Form 4100N

# Notice of Final Cure Payment                        10/15

File a separate notice for each creditor.

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:  Mortgage Information

Name of creditor: SN SERVICING CORPORATION

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 6 5 4 6

Property Address: 3607 JOHN F. KENNEDY BLVD
JERSEY CITY, NJ  07307

### Part 2:  Cure Amount

**Total cure disbursments made by the trustee:**                                   **Amount**

a. Allowed prepetition arrearage (or total allowed amount for a mortgage paid in full through the plan):   (a) $138,076.40

b. Prepetition arrearage paid by the trustee:   (b) $138,076.40

c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):   (c) SEE REGISTRY IF APPLICABLE

d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:   (d) $0.00

e. Allowed postpetition arrearage:   (e) $0.00

f. Postpetition arrearage paid by the trustee:   + (f) $0.00

g. **Total.** Add lines b, d, and f.   (g) $138,076.40

### Part 3:  Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

☒ Mortgage is paid directly by the debtor(s).

---

Form 4100N                                    **Notice of Final Cure Payment**                                    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | MARTA GOMEZ | Case number *(if known)* | 19-24193 |
| | Name | | |

**Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

_____                                                                Date  02/07/2024
Signature

Trustee        Marie-Ann Greenberg

Address     30 TWO BRIDGES ROAD
            SUITE 330
            FAIRFIELD, NJ  07004-1550

Contact phone   (973) 227-2840

| Debtor 1 | MARTA GOMEZ | Case number (if known) | 19-24193 |
|---|---|---|---|
| | Name | | |

19-24193

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

Debtor(s):

MARTA GOMEZ
3607 JOHN F KENNEDY BLVD., FIRST FLOOR
JERSEY CITY, NJ  07307-3303

Debtor(s) Counsel:
JENEE K. CICCARELLI
CICCARELLI LAW, PC
239 NEW ROAD
BUILDING A, SUITE 301
PARSIPPANY, NJ  07054

Creditor:

GHIDOTTI BERGER LLP
1920 OLD TUSTIN AVE
SANTA ANA, CA  92702

SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA  95501

Date: 2/7/2024

/s/ CharlesDArrigo

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550