Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY  7, 2024

**Chapter 13 Case # 19-24193**

Re:  MARTA GOMEZ
     3607 JOHN F KENNEDY BLVD., FIRST FLOOR
     JERSEY CITY, NJ  07307-3303

Atty:  JENEE K. CICCARELLI
      CICCARELLI LAW, PC
      239 NEW ROAD
      BUILDING A, SUITE 301
      PARSIPPANY, NJ  07054

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $5,127.33 | 6769701699 | 09/10/2019 | $872.67 | 6777201655 |
| 10/07/2019 | $3,000.00 | 6238294000 | 11/07/2019 | $3,000.00 | 6315142000 |
| 12/05/2019 | $3,000.00 | 6384861000 | 12/06/2019 | $3,000.00 | 6384861000 |
| 12/10/2019 | ($3,000.00) | 6384861000 | 01/06/2020 | $3,000.00 | 6462014000 |
| 02/10/2020 | $3,000.00 | 6546749000 | 03/06/2020 | $3,000.00 | 6621559000 |
| 04/06/2020 | $3,000.00 | 6694656000 | 05/07/2020 | $3,000.00 | 6773979000 |
| 06/04/2020 | $3,000.00 | 6842686000 | 07/06/2020 | $3,000.00 | 6922249000 |
| 08/07/2020 | $3,000.00 | 6998527000 | 09/08/2020 | $3,000.00 | 7072728000 |
| 10/07/2020 | $3,000.00 | 7145170000 | 11/10/2020 | $3,000.00 | 7224917000 |
| 12/08/2020 | $3,000.00 | 7293056000 | 01/11/2021 | $3,000.00 | 7370524000 |
| 02/09/2021 | $3,000.00 | 7442691000 | 03/10/2021 | $3,000.00 | 7514395000 |
| 04/09/2021 | $3,000.00 | 7589486000 | 05/06/2021 | $3,000.00 | 7655012000 |
| 06/09/2021 | $3,000.00 | 7732424000 | 07/09/2021 | $3,000.00 | 7800412000 |
| 07/14/2021 | ($3,000.00) | 7800412000 | 07/15/2021 | $3,000.00 | 7811091000 |
| 07/20/2021 | $3,000.00 | 7822446000 | 07/20/2021 | ($3,000.00) | 7811091000 |
| 08/04/2021 | $3,000.00 | 7857904000 | 09/13/2021 | $3,000.00 | 7939093000 |
| 10/06/2021 | $3,000.00 | 7999774000 | 11/05/2021 | $3,000.00 | 8065441000 |
| 12/14/2021 | $3,000.00 | 8145230000 | 01/10/2022 | $3,000.00 | 8202393000 |
| 02/07/2022 | $3,000.00 | 8262895000 | 03/10/2022 | $3,000.00 | 8331067000 |
| 04/12/2022 | $3,000.00 | 8398925000 | 05/06/2022 | $3,000.00 | 8451704000 |
| 06/08/2022 | $3,000.00 | 8517215000 | 07/11/2022 | $3,000.00 | 8578904000 |
| 08/09/2022 | $3,000.00 | 8639124000 | 09/06/2022 | $3,000.00 | 8692060000 |
| 10/05/2022 | $3,000.00 | 8751202000 | 11/04/2022 | $3,000.00 | 8808135000 |
| 12/07/2022 | $3,000.00 | 8870951000 | 01/06/2023 | $3,000.00 | 8923951000 |
| 02/07/2023 | $3,000.00 | 8984881000 | 03/07/2023 | $3,000.00 | 9040966000 |
| 04/10/2023 | $3,000.00 | 9101343000 | 05/08/2023 | $3,000.00 | 9156742000 |
| 06/08/2023 | $3,000.00 | 9211760000 | 07/06/2023 | $3,000.00 | 9261389000 |
| 08/09/2023 | $3,000.00 | 9320855000 | 09/11/2023 | $3,000.00 | 9373521000 |
| 10/04/2023 | $3,000.00 | 9415206000 | 11/03/2023 | $3,000.00 | 9466380000 |
| 12/05/2023 | $3,000.00 | 9516752000 | 01/16/2024 | $3,000.00 | 9582654000 |

| Total Receipts: $162,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $162,000.00 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 9,704.18 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 287.04 | 100.00% | 190.45 | 96.59 |
| 0004 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SN SERVICING CORPORATION | MORTGAGE ARRI | 138,076.40 | 100.00% | 138,076.40 | 0.00 |
| 0007 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRI | 7,588.99 | 100.00% | 7,588.99 | 0.00 |
| 0010 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 5,546.33 | 100.00% | 3,679.98 | 1,866.35 |
| 0011 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Total Paid: $159,240.00
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 12/11/2023 | $1,055.79 | 920632 | | 01/08/2024 | $2,624.19 | 922009 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 12/11/2023 | $54.64 | 8003863 | | 01/08/2024 | $135.81 | 8003910 |
| SN SERVICING CORPORATION | | | | | | | |
| | 08/14/2023 | $2,626.97 | 915228 | | 09/18/2023 | $2,626.97 | 916750 |
| | 10/16/2023 | $2,626.97 | 918196 | | 11/13/2023 | $2,584.82 | 919644 |
| | 12/11/2023 | $1,544.87 | 921043 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 10/21/2019 | $27.92 | 836005 | | 10/21/2019 | $5,753.90 | 836005 |
| | 11/18/2019 | $2,830.26 | 838051 | | 11/18/2019 | $13.74 | 838051 |
| | 12/16/2019 | $13.74 | 839932 | | 12/16/2019 | $2,830.26 | 839932 |
| | 01/13/2020 | $2,830.26 | 841823 | | 01/13/2020 | $13.74 | 841823 |
| | 02/10/2020 | $13.74 | 843695 | | 02/10/2020 | $2,830.26 | 843695 |
| | 03/16/2020 | $2,830.26 | 845628 | | 03/16/2020 | $13.74 | 845628 |
| | 04/20/2020 | $13.74 | 847586 | | 05/18/2020 | $13.04 | 849394 |
| | 06/15/2020 | $13.04 | 851081 | | 07/20/2020 | $176.13 | 852938 |
| | 08/17/2020 | $176.13 | 854770 | | 09/21/2020 | $176.13 | 856636 |
| | 10/19/2020 | $176.13 | 858476 | | 11/16/2020 | $176.13 | 859534 |
| | 12/21/2020 | $176.13 | 861346 | | 01/11/2021 | $176.13 | 863150 |
| | 02/22/2021 | $176.13 | 864798 | | 03/15/2021 | $176.13 | 866673 |
| | 04/19/2021 | $176.13 | 868321 | | 05/17/2021 | $176.13 | 870234 |

**Chapter 13 Case # 19-24193**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/21/2021 | $178.98 | 872021 | | 07/19/2021 | $178.98 | 873829 |
| | 09/20/2021 | $357.97 | 877238 | | 10/18/2021 | $178.98 | 879022 |
| | 11/17/2021 | $180.89 | 880721 | | 12/13/2021 | $180.89 | 882351 |
| | 02/14/2022 | $361.77 | 885692 | | 03/14/2022 | $180.89 | 887404 |
| | 04/18/2022 | $183.74 | 889083 | | 05/16/2022 | $183.74 | 890809 |
| | 06/20/2022 | $183.74 | 892474 | | 07/18/2022 | $183.74 | 894213 |
| | 08/15/2022 | $183.74 | 895774 | | 09/19/2022 | $183.74 | 897370 |
| | 10/17/2022 | $183.74 | 899035 | | 11/14/2022 | $179.94 | 900608 |
| | 12/12/2022 | $179.94 | 902176 | | 01/09/2023 | $179.94 | 903662 |
| | 01/09/2023 | ($179.94) | 903662 | | 01/09/2023 | $179.94 | 904808 |
| | 02/13/2023 | $179.94 | 905168 | | 03/13/2023 | $179.93 | 906787 |
| | 04/17/2023 | $179.94 | 908352 | | 05/15/2023 | $179.93 | 909980 |
| | 06/12/2023 | $178.03 | 911437 | | 07/17/2023 | $178.03 | 912951 |
| | 08/14/2023 | $178.03 | 914464 | | 09/18/2023 | $178.03 | 915956 |
| | 10/16/2023 | $178.03 | 917460 | | 11/13/2023 | $175.18 | 918881 |
| | 12/11/2023 | $104.70 | 920307 | | | | |
| US BANK TRUST NA | | | | | | | |
| | 04/20/2020 | $2,830.26 | 846762 | | 05/18/2020 | $2,686.96 | 848694 |
| | 06/15/2020 | $2,686.96 | 850362 | | 07/20/2020 | $2,598.87 | 852145 |
| | 08/17/2020 | $2,598.87 | 854023 | | 09/21/2020 | $2,598.87 | 855812 |
| | 10/19/2020 | $2,598.87 | 857707 | | 11/16/2020 | $2,598.87 | 859498 |
| | 12/21/2020 | $2,598.87 | 861304 | | 01/11/2021 | $2,598.87 | 863118 |
| | 02/22/2021 | $2,598.87 | 864755 | | 03/15/2021 | $2,598.87 | 866638 |
| | 04/19/2021 | $2,598.87 | 868275 | | 05/17/2021 | $2,598.87 | 870190 |
| | 06/21/2021 | $2,641.02 | 871973 | | 07/19/2021 | $2,641.02 | 873786 |
| | 09/20/2021 | $5,282.03 | 877194 | | 10/18/2021 | $2,641.02 | 878977 |
| | 11/17/2021 | $2,669.11 | 880678 | | 12/13/2021 | $2,669.11 | 882315 |
| | 02/14/2022 | $5,338.23 | 885654 | | 03/14/2022 | $2,669.11 | 887373 |
| | 04/18/2022 | $2,711.26 | 889046 | | 05/16/2022 | $2,711.26 | 890776 |
| | 06/20/2022 | $2,711.26 | 892437 | | 07/18/2022 | $2,711.26 | 894181 |
| | 08/15/2022 | $2,711.26 | 895743 | | 09/19/2022 | $2,711.26 | 897332 |
| | 10/17/2022 | $2,711.26 | 898997 | | 11/14/2022 | $2,655.06 | 900570 |
| | 12/12/2022 | $2,655.06 | 902137 | | 01/09/2023 | $2,655.06 | 903627 |
| | 02/13/2023 | $2,655.06 | 905127 | | 03/13/2023 | $2,655.07 | 906747 |
| | 04/17/2023 | $2,655.06 | 908314 | | 05/15/2023 | $2,655.07 | 909949 |
| | 06/12/2023 | $2,626.97 | 911408 | | 07/17/2023 | $2,626.97 | 912921 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: February 07, 2024.

Receipts: $162,000.00     -     Paid to Claims: $149,535.82   -   Admin Costs Paid: $9,704.18   =   Funds on Hand: $2,760.00

Unpaid Balance to Claims: $1,962.94     +     Unpaid Trustee Comp: $0.00     =     Total Unpaid Balance: **($797.06)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.