Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−24193−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marta Gomez
   3607 John F Kennedy Blvd., First Floor
   Jersey City, NJ 07307−3303

Social Security No.:
   xxx−xx−9438

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:    3/7/24
Time:    02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jenee K. Ciccarelli, Debtor's Attorney,
period: 7/11/2019 to 2/5/2024

COMMISSION OR FEES
$5162.50

EXPENSES
$345.50.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 7, 2024
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 19-24193-VFP
Marta Gomez | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Feb 07, 2024     Form ID: 137     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marta Gomez, 3607 John F Kennedy Blvd., First Floor, Jersey City, NJ 07307-4698 |
| cr | + | Rushmore Loan Management Services as servicer for, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Rushmore Loan Management Services, LLC as service, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. Bank Trust National Association, as Trustee, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 518365021 | + | Santos Gomez, 3607 Kennedy Boulevard, Jersey City, NJ 07307-4698 |
| 518365022 | | Specialized Loan Servicing, 8742 Lucent Blvd Suite 300, Des Moines, IA 50306 |
| 518366149 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 07 2024 20:44:48 | Specialized Loan Servicing, LLC, as servicing agen, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 21:06:30 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518365017 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 20:55:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518365018 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 20:55:51 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518473141 | | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2024 20:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518460996 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 07 2024 20:51:00 | Federal Home Loan Mortgage Corp. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518438199 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 07 2024 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518365019 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 07 2024 20:51:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518365020 | ^ | MEBN | Feb 07 2024 20:44:47 | Quality Asset Recovery, Attn: Bankruptcy, Po Box |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 239, Gibbsboro, NJ 08026-0239 |
| 519979934 | | Email/Text: bknotices@snsc.com | Feb 07 2024 20:52:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 519979935 | | Email/Text: bknotices@snsc.com | Feb 07 2024 20:52:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518473249 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 07 2024 20:51:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518365023 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 07 2024 20:51:00 | Specialized Loan Servicing/SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519101772 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 07 2024 20:50:00 | U.S. Bank N.A. et al.,, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-270, U.S. Bank N.A. et al.,, c/o Rushmore Loan Management Services 92619-5004 |
| 519101771 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 07 2024 20:50:00 | U.S. Bank N.A. et al.,, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518786612 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 07 2024 20:50:00 | c/o Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618-2132 |
| 518786613 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 07 2024 20:50:00 | c/o Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618, c/o Rushmore Loan Management Services LL, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618-2132 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518887809 | *+ | Federal Home Loan Mortgage Corp.,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518736275 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518736276 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Coats | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust dcoats@ghidottiberger.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-1 bk@stewartlegalgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Marta Gomez info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Kevin Gordon McDonald | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12