UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: jenee@jc-lawpc.com
Attorney for Debtor

---

In Re:


Marta Gomez,

                                  Debtor.

Order Filed on March 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No. 19-24193

Honorable Vincent Papalia

Hearing: 3/7/24

## ORDER GRANTING FINAL CHAPTER 13 FEES
### (Period 7/11/19 thru 2/5/24)

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 8, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor:   Marta Gomez
Case No. 19-24193
Caption: ORDER GRANTING FINAL CHAPTER 13 FEES
-----------------------------------------------------------------------------------------------------------------------

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED** that Jenee Ciccarelli, Esq. is allowed the fee of $5,162.50 for additional services and $345.50 for additional disbursements, less $2,843.00 previously received for a total due of $2,665.00.  The allowance shall be payable:


\_\_\_\_\_   through the Chapter 13 plan as an administrative priority;


__X\_\_   outside the Chapter 13 plan.


**ORDERED** that should this case terminate due to dismissal, or for any reason other than conversion, Marie Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.