**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on April 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Marta Gomez

| | |
|---|---|
| Case No.: | 19-24193 |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

# ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: April 3, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On  March 10, 2025 , an application was filed for the Claimant(s),  Marta Gomez , for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 866.37  held in unclaimed funds be made payable to  Marta Gomez  and be disbursed to the payee at the following address:

27 Grace Street

Jersey City, NJ 07307

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below.  This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov
or:
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
  1) Court Form AO-213P (available on the Court's website); or
  2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant** - A foreign claimant must submit both:
  1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
  2) Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24193-VFP |
| Marta Gomez | Chapter 13 |
| Marta Gomez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marta Gomez, 27 Grace Street, Jersey City, NJ 07307-2514 |
| db | + | Marta Gomez, 3607 John F Kennedy Blvd., First Floor, Jersey City, NJ 07307-4698 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | |
| | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| David Coats | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust dacoats@raslg.com |
| Denise E. Carlon | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-1 bk@stewartlegalgroup.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Jenee K. Ciccarelli
    on behalf of Debtor Marta Gomez jenee@wg-attorneys.com  LawOfficesofScottJGoldsteinLLC@jubileebk.net

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Kevin Gordon McDonald
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Nicholas V. Rogers
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15